UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KAWASKII ANTONIO BLANCHE,

Petitioner,

v.

AMY KLOBUCHAR and
DAVID C. BROWN,

Respondents.

Civil No. 06-3161 (PAM/AJB)

ORDER

Petitioner, a state prison inmate, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he is being detained illegally.

Respondents are directed to file an answer to the petition, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted. Respondents' answer shall fully comply with the requirements of Rules 5(b), (c) and (d) of the Rules Governing Section 2254 Cases In The United States District Courts. The answer shall be filed with the Court within thirty (30) days after the date of this order, and a copy of the answer shall be served upon Petitioner simultaneously with such filing.

If Petitioner intends to file a reply to the answer, he must do so within thirty (30) days after the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as expressly authorized by Court order.

Petitioner's application for leave to proceed in forma pauperis, ("IFP"), is also before the Court. (Docket No. 2.) Based on the information provided in that application, the Court finds that Petitioner is eligible for IFP status. The IFP application is therefore GRANTED.

Dated: August 8, 2006

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge