**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO. 06-3161(PAM/AJB)**

KAWASKII ANTONIO BLANCHE,
Petitioner,
vs.

AMY KLOBUCHAR and
DAVID C. BROWN,
Respondent.

**STATE'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

TO: THE HONORABLE ARTHUR J. BOYLAN, UNITED STATES MAGISTRATE JUDGE.

Respondent respectfully moves this Court to deny Petitioner's Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 on the grounds that the claims are time barred by the statute of limitations in 28 U.S.C § 2244(d)(1). The State also asserts an evidentiary hearing is unnecessary. The supporting reasons for this response are set forth in the attached Memorandum.

DATED: September 6, 2006 Respectfully submitted,

MICHAEL A. HATCH
Minnesota Attorney General
445 Minnesota Street
St. Paul, MN 55101-2134

AMY KLOBUCHAR
Hennepin County Attorney
s/ David C. Brown
By: DAVID C. BROWN (#18701X)
Assistant County Attorney
Telephone: (612) 348-4085
C-2000 Government Center
Minneapolis, MN 55487
ATTORNEYS FOR RESPONDENT