**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO. 06-3161 (PAM/AJB)**

---

Kawaskii Antonio Blanche,
Petitioner,
vs.

Amy Klobuchar and
David C. Brown,
Respondent.

---

**CERTIFICATION OF COMPLIANCE**

I hereby certify that this Memorandum conforms to the requirements of Local Rules 7.1(c) and (e). The length of this Memorandum is 4,684 words, and was prepared using Microsoft Word 2003, Times New Roman font face size 13. The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

DATED: September 7, 2006

Respectfully submitted,

AMY KLOBUCHAR
Hennepin County Attorney

s/ David C. Brown
By: DAVID C. BROWN
Assistant County Attorney
Attorney License No. 18701X
Telephone: (612) 348-4085
C-2000 Government Center
Minneapolis, MN 55487

ATTORNEYS FOR RESPONDENT