o

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**NOTIFICATION OF CONVENTIONAL FILING OF APPENDIX**

KAWASKII ANTONIO BLANCHE

Petitioner

v.

Case Number: 06-3161 (PAM/AJB)

AMY KLOBUCHAR and
DAVID C. BROWN

Respondent

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Copies of verdict forms; Judgment dated April 12, 1999; Warrant of Commitment dated April 12, 1999; Sentencing/Revocation Transcript from April 12, 1999; Supreme Court Order filed December 18, 2003 with the Office of Appellate Courts; State v. Blanche, 696 N.W.2d 351 (May 26, 2005)*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: 6 )

_X__ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal* (Document number of protective order: ___ )

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).