**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

Re: Kawaskii Antonio Blanche
06-3161 (PAM/AJB)

I hereby certify that on September 7, 2006, I caused the following documents:

State's Answer to Petition for Writ of Habeas Corpus
State's Memorandum
Certification of Compliance
Notification of Conventional Filing of Appendix

to be filed electronically with the Clerk of Court through ECF.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following:

Arthur J. Boylan
U.S. Magistrate Judge
316 North Robert Street
St. Paul, MN 55101

Kawaskii Blanche
OID No. 205025
ISP
PO Box 316
Ft. Madison, IA 52627

Date: September 7, 2006

s/ David C. Brown
DAVID C. BROWN
Attorney License # 18701X