# UNITED STATES DISTRICT COURT
## District of Minnesota

Kawaskii Blanche

V.

Klobuchar et al

## JUDGMENT IN A CIVIL CASE

Case Number: 06-cv-3161 PAM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (Docket No. 1) is **DISMISSED with prejudice**;
2. The R&R (Docket No. 10) is **ADOPTED**; and
3. The Objection (no Docket No.) is **OVERRULED**.

December 12, 2006
Date

RICHARD D. SLETTEN, CLERK

s/Janet Midtbo
(By) Janet Midtbo, Deputy Clerk